# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff, | : | Case No.: 3:22-cr-00024 |
| v. | : | |
| | : | JUDGE THOMAS M. ROSE |
| OMAR AGUILA, JR., | : | |
| | : | |
| Defendant. | : | |

## UNOPPOSED MOTION FOR ADDITIONAL TIME TO COMPLETE PRESENTENCE INVESTIGATION REPORT

NOW COMES the United States of America, by and through its counsel, and respectfully moves this Court for additional time to work with the U.S. Probation Officer to complete the Initial Presentence Investigation Report ("PSR"). Additional time is needed to provide Ms. Hiegel sufficient time to complete her PSR, as counsel for the United States was in trial the past two weeks and counsel for the United States is still awaiting loss amounts in the case, which will then be provided to Ms. Hiegel and counsel for defendant. All parties agree with this requested additional time. Probation Officer Hiegel requested that the date for the disclosure of her Initial Presentence Report be extended to October 3, 2022, and the Final Presentence Report be due for filing on November 9, 2022.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

/s/Ryan A. Saunders
RYAN A. SAUNDERS
Assistant United States Attorney
200 West Second Street, Suite 600
Dayton, Ohio 45402
Office: (937) 225-2910
E-mail: Ryan.Saunders2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Unopposed Motion for Additional Time to Complete Presentence Investigation Report has been served electronically upon all counsel of record and by electronic email to US Probation Officer Laura Hiegel on the same day as filing.

/s/ Ryan A. Saunders
RYAN A. SAUNDERS